Case 2:20-cr-00292-RFB-EJY   Document 42   Filed 04/21/22   Page 1 of 3
```
___RECEIVED
___ENTERED                    ___SERVED ON
               COUNSEL/PARTIES OF RECORD

              APR 21, 2022

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERNESTO DARIEL RAVENTOS MARTINEZ, <br><br> Defendant. | 2:20-CR-292-RFB-EJY <br><br> **Preliminary Order of Forfeiture** |

This Court finds Ernesto Dariel Raventos Martinez pled guilty to Counts One through Five of a Five-Count Criminal Indictment charging him in Counts One through Three with wire fraud in violation of 18 U.S.C. § 1343; in Count Four with accessing protected computer in furtherance of fraud in violation of 18 U.S.C. § 1030(a)(4); and in Count Five with aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(5). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 40; Plea Agreement, ECF No. 41.

This Court finds Ernesto Dariel Raventos Martinez agreed to the imposition of the in personam criminal forfeiture money judgments of $44,674.86 and $8,639.38 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 40; Plea Agreement, ECF No. 41.

The in personam criminal forfeiture money judgments are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(5) and 18 U.S.C. § 1343, specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such

offenses; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1030(a)(4), or a conspiracy to commit such offense; (3) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of a violation of 18 U.S.C. § 1030(a)(4), or a conspiracy to violate such offense; and (4) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of a violation of 18 U.S.C. § 1030(a)(4), or of a conspiracy to violate such offense and are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1030(i)(1)(B); and 21 U.S.C. § 853(p).

This Court finds that Ernesto Dariel Raventos Martinez shall pay the in personam criminal forfeiture money judgments of $44,674.86 and $8,639.38 to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1030(i)(1)(B); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgments comply with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017) and *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Ernesto Dariel Raventos Martinez the in personam criminal forfeiture money judgments of $44,674.86 and $8,639.38.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED  April 21            , 2022.

                              RICHARD F. BOULWARE, II
                              UNITED STATES DISTRICT JUDGE