___FILED            ___RECEIVED
___ENTERED          ___SERVED ON
                    COUNSEL/PARTIES OF RECORD

JUL 25, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-292-RFB-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ERNESTO DARIEL RAVENTOS MARTINEZ, | |
| Defendant. | |

This Court found that Ernesto Dariel Raventos Martinez shall pay the in personam criminal forfeiture money judgments of $44,674.86 and $8,639.38 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1030(i)(1)(B); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 40; Plea Agreement, ECF No. 41; Preliminary Order of Forfeiture, ECF No. 42.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amounts of $44,674.86 and $8,639.38 comply with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017) and *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Ernesto Dariel Raventos Martinez the in personam criminal

forfeiture money judgments of $44,674.86 and $8,639.38 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1030(i)(1)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED __July 25_____, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE